# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

IN RE:

                              Case #: 19-14999
                              Chapter: 13

**Debtor.**
**JOSEPH PABON**

_____

## WITHDRAWAL OF PROOF OF CLAIM

Please take notice that Nissan Motor Acceptance Corporation has filed the following:

*Withdrawal of Proof of Claim – Claim #4*

                              Respectfully submitted,

                              /s/ Aimee Cobb
                              (signature)

Nissan Motor Acceptance Corporation
P.O. Box 660366
Dallas, Texas 75266-0366
(800) 777-6700