UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                              )        BK No.:   19-14999
Joseph Pabon                                        )
                                                    )
                                                    )        Chapter: 13
                                                    )
                                                    )        Honorable A. Benjamin Goldgar
                                                    )
          Debtor(s)                                 )

**ORDER EXTENDING TIME TO FILE OUTSTANDING SCHEDULES, PLAN, AND OTHER DOCUMENTS**

THIS MATTER COMING TO BE HEARD on the Debtor's Motion to Extend Time to file Remaining Schedules, Plan, and other documents, the Court being fully advised in the premesis, IT IS HEREBY ORDERED that the Debtor is granted until June 21, 2019 to file his remaining Schedules, Plan, and other documents.

Enter:

United States Bankruptcy Judge

Dated: **18 JUN 2019**

**Prepared by:**
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600